IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MARCAVAGE, | : | CIVIL ACTION |
| | : | NO. 09-2477 |
| Plaintiff, | : | |
| v. | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |

## **O R D E R**

**AND NOW**, this **31st** day of **March, 2011** for the reasons set forth in the Court's accompanying memorandum dated March 31, 2011, it is **ORDERED** that:

1. Defendants' Motion for Summary Judgment (doc. no. 39) is **GRANTED.**

2. Plaintiffs' Motion for Partial Summary Judgment (doc. no. 36) is **DENIED.**

3. The Clerk shall mark this case CLOSED.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**